IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES PEARSON, on behalf of himself, and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:08-cv-0953 ) Judge Aleta A. Trauger ) Magistrate E. Clifton Knowles ) |
| PHILLIPS SCREW COMPANY and PHILLIPS FASTENER PRODUCTS, INC., | ) JURY DEMAND ) CLASS ACTION ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties having filed a Stipulation of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(ii), IT IS THEREFORE ORDERED that this action be and is hereby dismissed without prejudice, and is closed.

_____
United States District Judge
Aleta A. Trauger

STEWART, ESTES & DONNELL, PLC


By: s/Philip M. Kirkpatrick
Philip M. Kirkpatrick, #06161
M. Reid Estes, #09043
Robert C. Bigelow, #22022
Fifth Third Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538
Attorneys for Plaintiffs

WALLER LANSDEN DORTCH AND DAVIS


By: s/ Robert E. Boston
Robert E. Boston, #09744
Lea Carol Owen, #19531
2700 Nashville City Center
511 Union Street
P.O. Box 198966
Nashville, TN 37219
Attorneys for Defendant

Of Counsel:

TODD & WELD, LLP

Christopher Weld, Jr.
Kevin T. Peters
Raymond P. Ausrotas
28 State Street, 31st Floor
Boston, MA 02109
Attorneys for Defendants